EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Janhec Pérez Pasarell | 2019 TSPR 50<br><br>201 DPR ____ |

Número del Caso:  TS-15,854


Fecha: 15 de marzo de 2019


Abogado de la parte peticionaria:

        Por derecho propio



Materia:  Reinstalación al ejercicio de la abogacía.



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

  Janhec Pérez Pasarell          TS-15,854

RESOLUCIÓN

San Juan, Puerto Rico, a 15 de marzo de 2019.

Examinada la *Moción* presentada el 11 de marzo de 2019, se ordena la readmisión de la Sra. Janhec Pérez Pasarell al ejercicio de la abogacía.

Se ordena a la Secretaría hacer el cambio de la señora Pérez Pasarell a abogada activa en el Registro Único de Abogados y Abogadas.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo